UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARAL MAVYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHASE BANK USA, N.A., n/k/a JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant(s). | Case No.: CV 21-2566-GW-AFMx<br><br>Hon. District Judge George H. Wu<br>Hon. Magistrate Judge Alexander F. MacKinnon<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[No Hearing Required]**<br><br>Action Filed:  March 24, 2021<br>Trial Date:      N/A |

　　　The Court having considered the *Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* Maral Mavyan and *defendant* JPMorgan Chase Bank, N.A. (collectively, the "Parties"), and good cause appearing therefor,

　　　**IT IS ORDERED** that the Stipulation is **APPROVED**.

　　　**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties *with prejudice*.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED**.

Dated: August 12, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE